UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JANELYS HERNANDEZ, *on behalf of herself and all*                  :
*others similarly situated*,                                       :
                                                                   :
                                          Plaintiff,               :        23 Civ. 6326 (JPC)
                                                                   :
               -v-                                                 :        ORDER
                                                                   :
RR WESTERN WEAR CASA                                               :
DEL SOMBRERO, INC.,                                                :
                                                                   :
                                          Defendant.               :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On September 20, 2023, Plaintiff served Defendant with copies of the Summons and

Complaint.  Dkt. 5.  Defendant's deadline to respond to the Complaint was therefore October 11,

2023.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect

a response to the Complaint from Defendant.  Accordingly, the Court extends *sua sponte*

Defendant's deadline to respond to the Complaint until February 2, 2024.  If Defendant once again

fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of

Default by February 9, 2024.

        SO ORDERED.

Dated: January 26, 2024
       New York, New York            _____
                                              JOHN P. CRONAN
                                         United States District Judge